# JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| YUZE JIANG,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>MACH ONE AIR CHARTERS, INC., a California corporation; and DOES 1 through 50, inclusive,<br><br>　　　　Defendant. | Case No. 5:21-cv-00698-RGK (KKx)<br><br>[~~PROPOSED~~] ORDER REMANDING ACTION UPON STIPULATION OF THE PARTIES |

**[PROPOSED] ORDER**

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

　　Having considered the Joint Stipulation between the Parties, and good cause appearing, this Court hereby ORDERS that the Action be remanded to the Superior Court of California, County of San Bernardino, Case No. CIVSB2102878.

　　**IT IS SO ORDERED.**

DATED: April 27, 2021

　　　　　　　　　　　　　　　　　　_/s/ Gary Klausner_
　　　　　　　　　　　　　　　　　　HONORABLE R. GARY KLAUSNER

4822-9986-0454.1 / 111615-1001

LITTLER MENDELSON P.C.
2049 Century Park East
5th Floor
Los Angeles, CA 90067.3107
310.553.0308